**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

OSCAR INSURANCE COMPANY
OF FLORIDA,

                              CASE NO.: 6:18-cv-1944

         Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a Florida Blue; HEALTH
OPTIONS INC., d/b/a Florida Blue HMO; and
FLORIDA HEALTH CARE PLAN INC., d/b/a
Florida Health Care Plans,

         Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

1

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 19, 2018                           Respectfully submitted,

/s/ *Francis M. McDonald, Jr.*
FRANCIS M. MCDONALD, JR., ESQ.
Florida Bar No. 0327093
Trial Counsel
SARAH A. LONG, ESQ.
Florida Bar No. 0080543
**MCDONALD TOOLE WIGGINS, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile:  (407) 246-1895
fmcdonald@mtwlegal.com
slong@mtwlegal.com
OscarHealthCorpvBCBS@mtwlegal.com

 STEVEN C. SUNSHINE (*Pro Hac Vice Admission to be applied for*)
TARA R. REINHART (*Pro Hac Vice Admission to be applied for*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 371-7000
Facsimile: (202) 393-5760
steve.sunshine@skadden.com
tara.reinhart@skadden.com

PAUL M. ECKLES (*Pro Hac Vice Admission to be applied for*)
MICHAEL H. MENITOVE (*Pro Hac Vice Admission to be applied for*)
MATTHEW LISAGAR (*Pro Hac Vice Admission to be applied for*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
4 Times Square

New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
paul.eckles@skadden.com
michael.menitove@skadden.com
matthew.lisagar@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2018, the foregoing was filed electronically via the Court's CM/ECF Filing System. I further certify that I caused the following parties to be served by hand:

Blue Cross Blue Shield of Florida, Inc.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

Health Options Inc.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

Florida Health Care Plan Inc.
1340 Ridgewood Avenue
Holly Hill, FL 32117

/s/ *Francis M. McDonald, Jr.*
Francis M. McDonald, Jr.
*Counsel for Plaintiff*
*Oscar Insurance Company of Florida*