**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OSCAR INSURANCE COMPANY OF
FLORIDA,

      Plaintiff,

v.                                     Case No:  6:18-cv-1944-Orl-40TBS

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., FLORIDA HEALTH
CARE PLAN INC. and HEALTH
OPTIONS INC.,

      Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Expedited Briefing (Doc. 13). The Court finds that additional briefing is necessary, and now sets forth a briefing schedule.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Expedited Briefing (Doc. 13) is **GRANTED IN PART** and **DENIED IN PART.**

    a. The Motion is **GRANTED** as follows:

        i. On or before **Friday, November 30, 2018**, Defendants shall file one consolidated response to the Motion for Expedited Scheduling Conference and Entry of Scheduling Order (Doc. 12 (**"Motion for Expedited Scheduling"**)) and include any opposing declarations or affidavits. See Local Rule 3.01(f).

    b. The Motion is otherwise **DENIED**.

2. Plaintiff is **DIRECTED** to immediately serve on Defendants: (1) copies of the Complaint and its exhibits; (2) a copy of the Motion for Preliminary Injunction (Doc. 11); (3) a copy of the Motion for Expedited Scheduling (Doc. 12); and (4) a copy of this Order. Plaintiff is further **DIRECTED** to file proof of service on or before **Wednesday, November 28, 2018**.

**DONE AND ORDERED** in Orlando, Florida on November 26, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties