**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

OSCAR INSURANCE COMPANY
OF FLORIDA,

                      CASE NO.: 6:18-cv-1944-Orl-40TBS

         Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a Florida Blue; HEALTH
OPTIONS INC., d/b/a Florida Blue HMO; and
FLORIDA HEALTH CARE PLAN INC., d/b/a
Florida Health Care Plans,

         Defendants.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rules 3.01(c) and (d), Plaintiff Oscar Insurance Company of Florida ("Oscar") respectfully moves the Court for leave to file a reply of no more than five pages to Florida Blue's[1] opposition to Oscar's Motion for Expedited Scheduling Conference and Entry of Scheduling Order (Doc. 12, "Scheduling Motion").

On November 30, Florida Blue filed its opposition (Doc. 37) to Oscar's Scheduling Motion. Rather than simply opposing Oscar's Scheduling Motion, Florida Blue seeks its own relief in the form of long extensions of time to respond not only to Oscar's Motion for Preliminary Injunction (Doc. 11), but also to the Complaint (Doc. 1). Moreover, Florida

---

[1] "Florida Blue" refers to Defendants Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue; Health Options Inc., d/b/a Florida Blue HMO; and Florida Health Care Plan Inc., d/b/a Florida Health Care Plans.

Blue's opposition raises issues regarding the legal standard pertaining to expedited discovery that were not addressed or reasonably anticipated in Oscar's Scheduling Motion. Accordingly, Oscar respectfully submits that a reply brief would aid the Court in resolving the Scheduling Motion and the new issues raised by Florida Blue.

## ARGUMENT

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *PK Studios Inc. v. R.L.R. Investments, LLC*, No. 2:15-cv-00389-FTM-99CM, 2015 WL 12843877, at *1 (M.D. Fla. Dec. 8, 2015) (citation omitted) (internal quotation marks omitted).

Here, Oscar should be allowed a reply brief for at least two reasons. *First*, Florida Blue goes well beyond introducing new law or facts in its opposition—it seeks its own relief. Specifically, Florida Blue requests an extension of time to respond to Oscar's preliminary injunction motion to January 18, 2019, more than six weeks after December 3, when Florida Blue would otherwise be required to respond. *See* M.D. Fla. R. 3.01(b) (oppositions due within 14 days of service of a motion). Florida Blue also requests an extension of time to respond to the Complaint to February 28, 2019, more than two months after December 11, when Florida Blue would otherwise be required to respond. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (response to complaint due within 21 days of service). Florida Blue's attempt to use its opposition as a vehicle to seek relief from filing deadlines was not anticipated in Oscar's moving brief—and also is procedurally improper.[2]  Further, because Florida Blue

---

[2] *See, e.g.*, *Federal Deposit Ins. Corp. v. Paleja*, No. 6:13-cv-1097-Orl-22TBS, 2014 WL 12617786, at *4 (M.D. Fla. June 26, 2014) ("[A] request for affirmative relief is not properly made when simply included in a response to a motion or other responsive pleading.")

failed to confer with counsel for Oscar regarding its requested relief, its opposition fails to set forth Oscar's position. In reply, Oscar will demonstrate how it would be prejudiced by Florida Blue's requested relief, which, for example, would allow Florida Blue to use the results of the current open enrollment period, which ends on December 15, in its opposition and preclude Oscar from addressing the same.

*Second*, Florida Blue's opposition argues that Oscar failed to satisfy the standard applicable to a motion to expedite discovery, which was not articulated or anticipated in the Scheduling Motion. In reply, Oscar will demonstrate that it has satisfied that standard, to the extent it is even applicable to the Scheduling Motion. Oscar will also explain how limited discovery can be conducted that will allow for the submission of evidence and briefing by both sides in time for a hearing on Oscar's motion before the end of January.

If the Court grants this motion, by 5:00 p.m. on the date of the Court's order, Oscar will file its reply, which will aid the Court in resolving the Scheduling Motion and the new issues raised by Florida Blue.

**Certification Pursuant to Local Rule 3.01(g)**

Oscar certifies that its counsel has conferred with counsel for Florida Blue about this motion by email and phone. Florida Blue's counsel has informed Oscar that it will oppose this motion for leave to file a reply. Oscar respectfully requests that given the exigency of this case, Florida Blue be required to file its opposition brief by no later than close of business today.

Dated:  December 3, 2018

Respectfully Submitted,

 /s/ *Francis M. McDonald, Jr.*
FRANCIS M. MCDONALD, JR., ESQ.
Florida Bar No. 0327093
SARAH A. LONG, ESQ.
Florida Bar No. 0080543
**MCDONALD TOOLE WIGGINS, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile:  (407) 246-1895
fmcdonald@mtwlegal.com
slong@mtwlegal.com

 STEVEN C. SUNSHINE (admitted *Pro Hac Vice*)
TARA R. REINHART (admitted *Pro Hac Vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steve.sunshine@skadden.com
tara.reinhart@skadden.com

PAUL M. ECKLES (admitted *Pro Hac Vice*)
MICHAEL H. MENITOVE (admitted *Pro Hac Vice*)
MATTHEW LISAGAR (*Pro Hac Vice Admission to be applied for*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
paul.eckles@skadden.com
michael.menitove@skadden.com
matthew.lisagar@skadden.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2018, the foregoing was filed electronically via the Court's CM/ECF Filing System, which will notify registered counsel. I further certify that I caused the following parties to be served via electronic mail:

*Counsel for all Defendants:*

Karin A. DeMasi, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
KDeMasi@cravath.com

Timothy Conner, Esq.
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Timothy.Conner@hklaw.com

/s/ *Francis M. McDonald, Jr.*
FRANCIS M. MCDONALD, JR., ESQ.
Florida Bar No. 0327093
Trial Counsel
**MCDONALD TOOLE WIGGINS, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
fmcdonald@mtwlegal.com
OscarInsuranceCovBCBS@mtwlegal.com