UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR INSURANCE COMPANY
OF FLORIDA,

    Plaintiff,

vs.                                            Case No.: 6:18-cv-01944-ORL-40-TBS

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a Florida Blue; HEALTH
OPTIONS INC., d/b/a Florida Blue HMO; and
FLORIDA HEALTH CARE PLAN INC., d/b/a
Florida Health Care Plans,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order on Interested Persons And Corporate Disclosure Statement (D.E. 8):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

| Entity | Interest |
|---|---|
| Oscar Insurance Company of Florida | Plaintiff |
| Mulberry Health Inc. | Parent of Plaintiff |
| McDonald Toole Wiggins, P.A.<br>• Francis M. McDonald, Jr.;<br>• Sarah A. Long | Counsel for Plaintiff |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>• Steven C. Sunshine;<br>• Paul M. Eckles;<br>• Tara R. Reinhart;<br>• Michael H. Menitove;<br>• Matthew Lisagar | Counsel for Plaintiff |
| Blue Cross and Blue Shield of Florida, Inc. | Defendant |
| Health Options Inc. | Defendant |
| Florida Health Care Plan, Inc. | Defendant |
| GuideWell Mutual Holding Corporation | Parent of Defendants |
| Holland & Knight LLP<br>• Timothy Conner;<br>• Jerome Hoffman | Counsel for Defendants |
| Cravath, Swaine & Moore LLP<br>• Evan R. Chesler;<br>• Christine A. Varney;<br>• Karin A. DeMasi;<br>• Lauren Roberta Kennedy;<br>• Rebecca J. Schindel | Counsel for Defendants |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> No entities known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    No entities known at this time.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Plaintiff alleges that Oscar Insurance Company of Florida is a victim that may be entitled to restitution, but Defendants deny that Plaintiff is a victim or entitled to restitution.

5. Check one of the following:

    \_\_\_X\_\_ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

    \_\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

December 5, 2018

                      **HOLLAND & KNIGHT LLP**

                      /s/ *Timothy J. Conner*
                      Timothy J. Conner, Esq.
                      Florida Bar No. 767580
                      Jerome W. Hoffman, Esq.
                      Florida Bar No. 258830
                      50 North Laura Street, Ste. 3900
                      Jacksonville, FL  32202
                      Telephone: 904-353-2000
                      Facsimile:  904-358-1872
                      timothy.conner@hklaw.com
                      jerome.hoffman@hklaw.com

                      *~ and ~*

        **CRAVATH, SWAINE & MOORE, LLP**

        /s/ *Karin A. DeMasi*
        Karin A. DeMasi, Esq.
        Evan R. Chesler
        Christine A. Varney, Esq.
        Lauren Roberta Kennedy, Esq.
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY  10019
        Telephone:  212-474-1000
        kdemasi@cravath.com
        echesler@cravath.com
        cvarney@cravath.com
        lkennedy@cravath.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of December, 2018, a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed using the ECF/EM portal system, which will serve notice of such filing on all counsel of record.

        */s/ Timothy J. Conner*
        Timothy J. Conner