# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSCAR INSURANCE COMPANY OF FLORIDA,**

      **Plaintiff,**

v.                                                              **Case No:   6:18-cv-1944-Orl-40TBS**

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., FLORIDA HEALTH CARE PLAN INC. and HEALTH OPTIONS INC.,**

      **Defendants.**

---

## NOTICE TO ADDITIONAL COUNSEL NOT REGISTERED FOR CASE MANAGEMENT AND ELECTRONIC CASE FILING (CM/ECF)

Upon review of this case, it appears that attorneys **Lauren Kennedy, Rebecca Schindel, and Christine Varney** are not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.   Further such attorneys are listed as additional counsel for a party whose designated counsel is participating in the Court's Case Management and Electronic Case Filing.

Any attorney, including those appearing as additional counsel for a party in this case, shall register and participate, as well as docket, in CM/ECF.   Within thirty (30) days from the date of this Order all counsel shall be in compliance with this directive.   After that date, the Clerk's Office will not forward paper copies of any filing made by the Court. In the event such attorney has registered to participate in CM/ECF, counsel will continue to receive filings by the Court in the case, but such filings will be transmitted to counsel electronically.

Counsel is advised that extensive notice of the Court's Case Management and Electronic Case Filing program has been provided through the Court's webpage and announced through numerous mailings.

Counsel is directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

**DONE** and **ORDERED** in Orlando, Florida on this 3rd day of January, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record