UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR INSURANCE COMPANY OF
FLORIDA,

    Plaintiff,

v.                                                Case No. 6:18-cv-1944-Orl-40TBS

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a Florida Blue; HEALTH
OPTIONS INC., d/b/a Florida Blue HMO; and
FLORIDA HEALTH CARE PLAN INC., d/b/a
Florida Health Care Plans,

    Defendants.
_____/

## MOTION OF THE UNITED STATES TO PARTICIPATE IN THE JULY 26 HEARING

Pursuant to Local Rule 3.01 and 28 U.S.C. § 517, the United States of America respectfully requests leave to participate in the hearing on Defendants' Dispositive Motion to Dismiss for Failure to State a Claim, ECF No. 81, scheduled for July 26, 2019, at 1:00 pm, ECF No. 96.  In the view of the United States, the defendants, in their motion to dismiss, have advanced an overly broad reading of the McCarran-Ferguson antitrust exemption that is contrary to Supreme Court precedent and that would deny Florida consumers of health insurance the protections of federal antitrust law.  *See generally* ECF No. 89 (Statement of Interest).  Accordingly, the United States believes that it is important to have the opportunity to present its views at the July 26 hearing and "attend to the interests of the United States," 28 U.S.C. § 517, in the full and vigorous enforcement of the antitrust laws.  Additionally, the United States hopes that its expertise would assist the

Court in deciding the motion.[1] *See, e.g.*, Order at 2, *In re Cathode Ray Tube Antitrust Litig.*, 07-cv-05944 (N.D. Cal. May 15, 2019) (ECF No. 5482) (finding that the government's participation in a hearing "will be useful to the Court" and granting the government's motion to participate).

CERTIFICATE PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to the requirements of Local Rule 3.01(g), the undersigned has conferred with plaintiff's counsel, who consents to this motion, and with defendants' counsel, who has informed the United States that the defendants do not consent to this motion.

---

[1] In responding to the Statement of Interest, the defendants contended that the United States "has no special interest in interpreting or construing the Act" because "McCarran-Ferguson immunity is a jurisdictional doctrine." ECF No. 92 at 3. To the contrary, the United States has an obvious and important interest in the Sherman Act's scope, *see, e.g.*, 15 U.S.C. § 4 ("it shall be the duty" of the Department of Justice to enforce the Sherman Act), and the Antitrust Division has long experience and expertise in enforcing the antitrust laws in health-insurance markets and other segments of the healthcare industry, *see, e.g.*, *United States v. Aetna Inc.*, 240 F. Supp. 3d 1 (D.D.C. 2017) (challenging merger that would lessen competition in individual health-insurance markets, among other harms).

## CONCLUSION

For the foregoing reasons, the United States respectfully requests leave to participate in the July 26 hearing on the defendants' motion to dismiss.

Dated: July 8, 2019    Respectfully submitted,

/s/ Patrick M. Kuhlmann
Kristen C. Limarzi
Patrick M. Kuhlmann
Attorneys
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 3224
Washington DC  20530-0001
Telephone: (202) 305-4639
Email: Patrick.kuhlmann@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing on all counsel of record.

/s/ Patrick M. Kuhlmann
Patrick M. Kuhlmann