UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR INSURANCE COMPANY
OF FLORIDA,

    Plaintiff,

vs.   Case No.: 6:18-cv-01944-ORL-40-TBS

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a Florida Blue; HEALTH
OPTIONS INC., d/b/a Florida Blue HMO; and
FLORIDA HEALTH CARE PLAN INC., d/b/a
Florida Health Care Plans,

    Defendants.
_____/

## DEFENDANTS' AGREED MOTION FOR A CONTINUANCE OF ORAL ARGUMENT

Pursuant to Local Rule 3.09(a), Defendants Blue Cross and Blue Shield of Florida, Inc., Health Options Inc. and Florida Health Care Plan, Inc. (together, "Florida Blue") respectfully move for a continuance of the hearing on Defendants' Dispositive Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss"), which is currently scheduled for July 26, 2019, so that Florida Blue's lead trial counsel, Evan R. Chesler, may participate in the hearing on its behalf.

### MEMORANDUM OF LAW

On June 21, 2019, this Court scheduled a hearing for July 26, 2019, on Defendants' Motion to Dismiss Oscar Insurance Company of Florida's ("Oscar's") Amended Complaint. It is important to Florida Blue that Mr. Chesler participate in that hearing on its behalf. Unfortunately, Mr. Chesler has an irreconcilable conflict due to his obligations in

another matter that will prevent him from participating on July 26.  Defense counsel were hopeful that the conflict could be resolved in favor of the Motion to Dismiss oral argument, but have learned that the conflict is not resolvable.  Counsel for Florida Blue promptly contacted counsel for Oscar, who graciously consented to Florida Blue's request for continuance so that Florida Blue's counsel of its choice could participate in this important hearing.  Florida Blue now respectfully requests that the Court grant its request to continue the Motion to Dismiss oral argument for good cause shown.  *See* Local Rule 3.09(a) (noting that "a continuance may be allowed by order of the Court for good cause shown"); *see also United States v. Rodriguez*, No. 09-20628-CR, 2012 WL 3683490, at *2 (S.D. Fla. July 18, 2012), *report and recommendation adopted*, No. 09-20628, 2012 WL 3683485 (S.D. Fla. Aug. 24, 2012), *aff'd*, 751 F.3d 1244 (11th Cir. 2014) (noting that the parties' hearing was rescheduled after the Government, "citing a trial scheduling conflict," moved to continue the hearing).

Counsel apologizes for having to bring this issue to the Court's attention at this time.  Mr. Chesler is able to make himself available any date in August, with the exception of August 5-9, at the convenience of the Court and Oscar's counsel.  If the Court grants the relief requested, the parties will cooperate to propose several potential dates to the Court that work for all parties.

### LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies that Florida Blue's counsel has conferred with Oscar's counsel about this motion and that Oscar consents to the relief requested.

## CONCLUSION

For the foregoing reasons, Florida Blue respectfully requests that the Court continue the hearing on Florida Blue's Motion to Dismiss until a later date, so that Florida Blue's lead trial attorney and counsel of its choice may participate in the hearing on its behalf. If the Court grants the relief requested, the parties will promptly and jointly propose several additional dates to the Court for the continued hearing date.

July 19, 2019

HOLLAND & KNIGHT LLP,

by

*/s/ Timothy Conner*
Timothy Conner, Esq.
Florida Bar No. 767580
Jerome W. Hoffman, Esq.
Florida Bar No. 258830

50 North Laura Street, Suite 3900
Jacksonville, FL 32202
(908) 798-7362
timothy.conner@hklaw.com
jerome.hoffman@hklaw.com

CRAVATH, SWAINE & MOORE LLP,

by

*/s/ Evan R. Chesler*
Evan R. Chesler
Karin A. DeMasi
Lauren Roberta Kennedy

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2019, a true and correct copy of the foregoing Motion was electronically filed using the ECF/CM portal system, which will serve as such filing on all counsel of record.

*/s/ Evan R. Chesler*
Evan R. Chesler

-