**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Motion Hearing**

Case Number: 6:18-cv-1944-Orl-40EJK

**OSCAR INSURANCE COMPANY OF FLORIDA,**

    **Plaintiff,**

v.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., FLORIDA HEALTH CARE PLAN INC. and HEALTH OPTIONS INC.,**

    **Defendants.**

**Plaintiff's Counsel:** Francis McDonald
Steven Sunshine
Tara Reinhart

**Defense Counsel:** Evan Chesler
Karin DeMasi
Rebecca Schindel
Timothy Conner

Jeff Negrette (USA)

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | August 16, 2019 | Time: | 9:34 AM – 12:23 PM TOTAL: 2 hours, 49 minutes |

Case called. Appearances taken.

The Court hears argument on the Motion to Dismiss (Doc. 81).

Brief recess.

Court resumes. Argument continues.

Written order to follow. Court is adjourned.